AO 245D (Rev. 6/05)  Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## Northern District of Ohio at

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**William R. Alley, Jr.** | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: **5:06CR00110**<br><br>USM Number: 55090-060<br><br>Debra Hughes<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔]   admitted guilt to violation of conditions of the term of supervision.

   The Court adopts the Magistrate's Report and Recommendation filed on 9/11/2012 (docket #61) and finds the defendant guilty of violating conditions of supervised release.

   IT IS ORDERED that the defendant is sentenced to the custody of the Bureau of Prisons for a period of 6 Months.  Upon release from confinement the period of supervised release in this case will terminate.

September 24, 2012
Date of Imposition of Sentence

*s/David D. Dowd, Jr.*
Signature of Judicial Officer

David D. Dowd, Jr., U.S. District Judge
Name & Title of Judicial Officer

September 24, 2012
Date